**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:  TRENTON JUZ ELMQUIST,** | : | Case No. 11-62703 |
| **KATHERINE ELIZABETH ELMQUIST,** | : | |
| | : | Chapter 13 |
| | : | |
| Debtors. | : | Judge John E. Hoffman Jr. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Now come Debtors TRENTON JUZ ELMQUIST and KATHERINE ELIZABETH ELMQUIST by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtors:

TRENTON JUZ ELMQUIST
KATHERINE ELIZABETH ELMQUIST
9566 Ireland Court
Powell, Ohio 43065

Respectfully submitted,

Dated: 10 March 2015

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com